## National Union Fire Insurance Company of Pittsburgh *v.* Sharon Builders Supply Company, Appellant.

Argued October 1, 1964.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William C. Kuhn,* with him *Philip E. Brockway,* and *Brockway and Brockway,* for appellant.

*George Hardy Rowley,* with him *Voorhies, Dilley, Keck & Rowley,* for appellee.

OPINION PER CURIAM, January 5, 1965:
Judgment affirmed.
Mr. Chief Justice BELL dissents.